Appeal No. G576 from Judgment dated June 1, 1990, Fred L. Banks, Jr., Ruling Judge, Hinds County Circuit Court, First Judicial District.
Before ROY NOBLE LEE, C.J., and ROBERTSON and PITTMAN, JJ.
Appeal dismissed for lack of jurisdiction. Sumrall v. City of Jackson, 576 So.2d 1259 (Miss.1991); Jones v. City of Meridian, 552 So.2d 820 (Miss.1989); Barrett v. State, 491 So.2d 833 (Miss.1986); Alt v. City of Biloxi, 397 So.2d 897 (Miss.1981). Appellant is taxed with all costs of this appeal.